UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : <br> MOHAMMAD SIKDER and : <br> DISTRICT PROPERTIES, LLC, : <br> : <br> Defendants. : | Criminal Number: <br><br> Violations: <br><br> 15 U.S.C. §§ 2689, 2615(b) (Toxic Substances Control Act) <br> 18 U.S.C. § 1001 (False Statements) <br> 18 U.S.C. § 2 (Aiding and Abetting) |

## INFORMATION

The Assistant Attorney General charges that, at all times material to this Information:

## COUNT ONE
(Toxic Substances Control Act – Failure to Follow Lead-Safe Work Practices)

During the time period between approximately July 14, 2014, and September 24, 2015, at 4323 Garfield St. NW, in the District of Columbia, the Defendant, MOHAMMAD SIKDER, did knowingly cause renovation activity that violated the lead-safe work practice requirements of the Renovation, Repair, and Painting Rule, 40 C.F.R. § 745.85.

(Toxic Substances Control Act – Failure to Follow Lead-Safe Work Practices in violation of Title 15, United States Code, Sections 2689, 2615(b); and Aiding and Abetting, Causing an Act to be done, in violation of Title 18, United States Code, Section 2)

## COUNT TWO
### (Toxic Substances Control Act – Failure to Provide Lead Disclosures)

During the month of July 2017, the Defendant, MOHAMMAD SIKDER, did knowingly fail to provide the purchaser of the home at 4323 Garfield St. NW, in the District of Columbia, with records and reports pertaining to lead-based paint and lead-based paint hazards, as required under the Real Estate Notification and Disclosure Rule, 40 C.F. R. § 745.107.

**(Toxic Substances Control Act – Failure to Provide Lead Disclosures in violation of Title 15, United States Code, Sections 2689, 2615(b); and Aiding and Abetting, Causing an Act to be Done, in violation of Title 18, United States Code, Section 2)**

## COUNT THREE
### (False Statements)

During the approximate time period between 2011 and 2017, in the District of Columbia, the Defendant, DISTRICT PROPERTIES, LLC, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Environmental Protection Agency, part of the executive branch of the Government of the United States; to wit, in forms triggering regulatory oversight of lead-based paint handling in homes built prior to 1978, the Defendant understated the ages of homes it intended to renovate.

**(False Statements in violation of Title 18, United States Code, Section 1001; and Aiding and Abetting, Causing an Act to be Done, in violation of Title 18, United States Code, Section 2)**

JEAN E. WILLIAMS
DEPUTY ASSISTANT ATTORNEY GENERAL
Environment and Natural Resources Division
United States Department of Justice

BY: _____
Cassandra Barnum
Trial Attorney
Environmental Crimes Section

DATED: June 7, 2019