Rev 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 19-CR-196-1
)
)
MOHAMMAD SIKDER (1) )
)
)

**FILED**

**JUN 2 0 2019**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### WAIVER OF INDICTMENT

I, _____MOHAMMAD SIKDER_____, the above-named defendant, who is accused of

15:2689, 2615(b) and 18:2; Toxic Substances Control Act - Failure to Follow Lead-Safe Work Practices and Aiding and Abetting, Causing an Act to be done.

15:2689, 2615(b) and 18:2; Toxic Substances Control Act - Failure to Provide Lead Disclosures and Aiding and Abetting, Causing an Act to be Done.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____June 20, 2019_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
Amy Berman Jackson
United States District Judge

Date: _____June 20, 2019_____