CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 19-196-1 |
| ) | |
| MOHAMMAD SIKDER ) | |
| ) | |

**FILED**
**JUN 2 0 2019**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved

_____
Amy Berman Jackson
United States District Judge

Date: June 20, 2019